and *Mr. Richard W. Walker* for petitioner. No appearance for respondent.

---

No. 710. JOHN R. WALSH, PETITIONER, *v.* THE UNITED STATES. January 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John S. Miller, Mr. Merritt Starr* and *Mr. E. C. Ritsher* for petitioner. *The Attorney General, The Solicitor General* and *Mr. E. W. Sims* for respondent.

---

No. 658. COMMERCIAL UNION ASSURANCE COMPANY (LIMITED), OF LONDON, ENGLAND, PETITIONER, *v.* RICHMOND COAL COMPANY. January 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. C. Van Ness* and *Mr. Walter D. Davidge* for petitioner. *Mr. Emery S. Sykes* for respondent. *Mr. E. S. Pillsbury* and *Mr. William A. Maury* filed a brief as *amici curiæ* by leave of the court.

---

No. 732. FRIES-BRESLIN COMPANY, PETITIONER, *v.* WILLIAM BERGAN ET AL. January 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Roger Foster* for petitioner. *Mr. Ira Jewell Williams* and *Mr. F. R. Shattuck* for respondents.

---

No. 730. HENRY G. THOMAS, PETITIONER, *v.* FLORENCE HUNT DE WINTER ET AL. January 31, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of